■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERET O. BURNHAM, Appellant. [33 NYS3d 907]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed December 1, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Leventhal, Dickerson, Miller and Duffy, JJ., concur.